UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

04 cv 12549 RWZ

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 02-16944-WCH |
| ORGANOGENESIS INC., | |
| Debtor. | |

## NOTICE OF APPEAL

Organogenesis Inc., the reorganized debtor in this Chapter 11 case ("Organogenesis" or the "Reorganized Debtor"), appeals under 28 U.S.C. § 158(a) from the final order of the United States Bankruptcy Court for the District of Massachusetts (the "Court") overruling the Reorganized Debtor's objections to the claims of Jane Andrews, Karen A. Giampaolo, Margaret Hirst, Dina Kazis-Panico, Hoda Mansour, John G. O'Brien, Daniel O'Reilly, Marc P. Pelletier, John C. Rodrigues, Jonathan E. Thayer, Tamyra A. Toole, and Leon M. Silkins, entered in this Chapter 11 case on the 19th day of October, 2004 (Docket No. 927), and the Court's underlying Memorandum of Decision (Docket No. 928) setting forth the Court's findings of fact and conclusions of law, and entered the same day.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:



| | |
|---|---|
| Jane Andrews, Karen A. Giampaolo, Margaret Hirst, Dina Kazis-Panico, Hoda Mansour, John G. O'Brien, Daniel O'Reilly, Marc P. Pelletier, John C. Rodrigues, Jonathan E. Thayer, Tamyra A. Toole, and Leon M. Silkins | Organogenesis Inc. |
| Attorney:<br>Kevin B. Callanan<br>17 Accord Park Drive, Suite 101<br>Norwell, MA 02061<br>Tel.: (718) 878-1604 | Attorneys:<br>Andrew Z. Schwartz<br>Joshua A. McGuire<br>FOLEY HOAG LLP<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210<br>Tel.: (617) 832-1000 |

Respectfully submitted,

ORGANOGENESIS INC.

By its attorneys,

/s/ Joshua A. McGuire
Andrew Z. Schwartz (BBO #544653)
Joshua A. McGuire (BBO #651877)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
Tel.: (617) 832-1000
Fax: (617) 832-7000

Dated: October 29, 2004

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.