UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ORGANOGENESIS INC.,
    Appellant,

v.

Case No. 04-CV-12549-RWZ

JANE ANDREWS, KAREN A. GIAMPALO,
MARGARET HIRST, DINA KAZIS-PANICO,
HODA MANSOUR, JOHN G. O'BRIEN,
DANIEL O'REILLY, MARC P. PELLETIER,
JOHN C. RODRIGUES, JONATHAN E.
THAYER, TAMYRA A. TOOLE, and
LEON M. WILKINS,
    Appellees.

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the Appellees.

Respectfully submitted,

*/s/ Kevin B. Callanan*
Kevin B. Callanan, BBO #070620
Law Office of Kevin B. Callanan
17 Accord Park Drive, Suite 101
Norwell, Massachusetts 02061
Tel: 781-878-1604
Fax: 781-878-3154
E-Mail: *kbcallanan@msn.com*

Dated: December 21, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by-hand) on 12-21-04.

*/s/ Kevin B. Callanan*