UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
ORGANOGENESIS INC.,                 )
                                    )
              Appellant,            )
       v.                           )   Case No. 04-CV-12549-RWZ
                                    )
JANE ANDREWS, KAREN A. GIAMPAOLO,   )
MARGARET HIRST, DINA KAZIS-PANICO,  )
HODA MANSOUR, JOHN G. O'BRIEN,      )
DANIEL O'REILLY, MARC P. PELLETIER, )
JOHN C. RODRIGUES, JONATHAN E.      )
THAYER, TAMYRA A. TOOLE, and        )
LEON M. WILKINS,                    )
                                    )
              Appellees.            )
_____)
                                    )
In re:                              )
                                    )   Chapter 11
ORGANOGENESIS INC.,                 )   Case No. 02-16944-WCH
                                    )
              Debtor.               )
_____)

**ASSENTED-TO EMERGENCY MOTION OF APPELLANT
ORGANOGENESIS INC. TO EXTEND TIME TO FILE REPLY BRIEF**

Appellant Organogenesis Inc. hereby requests an order extending the time in which it may file its Reply to the Brief Of Appellee's The WARN Act Claimants, which would otherwise be due today.  The Appellant requests that the Court extend this deadline by three days, through and including Friday, January 21, 2005.  As grounds therefor, the Appellant states that it requires this small amount of additional time to prepare its Reply Brief, and that the Appellees have assented to this request.

WHEREFORE, Appellant Organogenesis Inc. requests that this Court enter an order extending, until Friday, January 21, 2005 the time in which the Appellant must file is Reply Brief.

        Respectfully submitted,

        ORGANOGENESIS INC.,

        By its attorneys,

        /s/  Joshua A. McGuire
        Andrew Z. Schwartz (BBO #544653)
        Joshua A. McGuire (BBO #651877)
        FOLEY HOAG LLP
        Seaport World Trade Center West
        155 Seaport Boulevard
        Boston, MA 02210
        Tel.:  (617) 832-1000
        Fax:  (617) 832-7000
        bctnotices@foleyhoag.com

Dated: January 18, 2005

Assented to:

Appellees THE WARN ACT CLAIMANTS,

By their attorney,

/s/ Kevin B. Callanan  (by permission /s/ Joshua A. McGuire)
Kevin B. Callanan (BBO# 070620)
Law Office of Kevin B. Callanan
17 Accord Park Drive -- Suite 101
Norwell, MA  02061
Tel.: 781-878-1604
Fax: 781-878-3154

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ORGANOGENESIS INC., ) | |
| ) | |
| Appellant, ) | |
| v. ) | Case No. 04-CV-12549-RWZ |
| ) | |
| JANE ANDREWS, KAREN A. GIAMPAOLO, ) | |
| MARGARET HIRST, DINA KAZIS-PANICO, ) | |
| HODA MANSOUR, JOHN G. O'BRIEN, ) | |
| DANIEL O'REILLY, MARC P. PELLETIER, ) | |
| JOHN C. RODRIGUES, JONATHAN E. ) | |
| THAYER, TAMYRA A. TOOLE, and ) | |
| LEON M. WILKINS, ) | |
| ) | |
| Appellees. ) | |
| ) | |
| In re: ) | |
| ) | Chapter 11 |
| ORGANOGENESIS INC., ) | Case No. 02-16944-WCH |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

I, Joshua A. McGuire, hereby certify that, on this the 21st day of December, 2004, I caused true and accurate copies of the following:

1. Assented-To Emergency Motion Of Appellant Organogenesis Inc. To Extend Time To File Reply Brief; and

2. this Certificate Of Service

to be delivered to:

Kevin B. Callanan, Esq.
17 Accord Park Drive, Suite 101
Norwell, MA  02061

by facsimile and by first-class mail, postage prepaid.

FHBOSTON/1157154.1

                                                          Respectfully submitted,

                                                         /s/  Joshua A. McGuire
                                                         Joshua A. McGuire
                                                         FOLEY HOAG LLP
                                                         Seaport World Trade Center West
                                                         155 Seaport Boulevard
                                                         Boston, MA 02210
                                                         Tel.:  (617) 832-1000
                                                         Fax:  (617) 832-7000

Dated: January 18, 2005