**KEVIN B. CALLANAN**

ATTORNEY AT LAW

17 ACCORD PARK DRIVE
SUITE 101
NORWELL, MASSACHUSETTS 02061

(781) 878-1604
FAX (781) 878-3154
e-mail: kbcallanan@msn.com

June 14, 2005

Jay Johnson, Docket Clerk
To Judge Zobel
U.S. District Court
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

Re: Organogenesis, Inc. v. Jane Andrews, et al
    Civil Action No. 04-12549-RWZ

Dear Mr. Johnson:

I represent Jane Andrews and 11 other former employees of Organogenesis, Inc. who are the Appellees in this appeal from a decision by Judge Hillman of the U.S. Bankruptcy Court in Boston.

There has been no activity on the Court's docket since January 2005 when briefs were filed by the parties.

This letter is to inquire as to when the parties can expect this matter to come to the Court's attention for disposition.

Thank you for your consideration.

Very truly yours,

Kevin B. Callanan

cc: Andrew Z. Schwartz, Esq.