UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: ORGANOGENESIS, INC.

ORGANOGENESIS, INC.

v.                                          CIVIL ACTION NO. 04CV12549-RWZ

JANE ANDREWS ET AL

JUDGMENT

ZOBEL, D.J.                                                    August 1, 2005

In accordance with the Memorandum and Order dated 8/1/05 affirming the ruling of the bankruptcy court; it is hereby ORDERED:

CASE DISMISSED.

By the Court,

s/ Lisa A. Urso
_____
Deputy Clerk

bkrptcy.jgm